JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 12 1988

DOCKET NO. 777

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE STUART R. MEYERS PATENT LITIGATION

TRANSFER ORDER

This litigation presently consists of five actions pending in four federal districts, as follows: two actions in the Southern District of New York and one action each in the Central District of California, the District of Massachusetts and the Western District of Michigan. Before the Panel is a motion by Stuart R. Meyers (Meyers), the plaintiff in all five actions, to centralize the actions in this litigation, pursuant to 28 U.S.C. §1407, in the Southern District of New York for coordinated or consolidated pretrial proceedings. All defendants in the litigation have registered their opposition to transfer.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These common factual questions arise because all actions concern the validity of three commonly asserted patents held by Meyers. Some factual overlap between actions in different districts inheres as well in the allegations of infringement of these patents advanced by Meyers in his complaints. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York, where the patent holder/common plaintiff resides, is the appropriate transferee forum. We note that i) two of the five actions against four of the eight defendants are already pending in the Southern District of New York, and ii) one of the pending New York actions is relatively advanced.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Richard Owen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-777 -- In re Stuart R. Meyers Patent Litigation

Southern District of New York

Stuart R. Meyers v. Hermans Sporting Goods, et al.,
C.A. No. 87-Civ-7837 (RO)
Stuart R. Meyers v. Asics Corporation,
C.A. No. 88-Civ-3591 (RO)

Central District of California

Stuart R. Meyers v. Asics Tiger Corporation,
C.A. No. 88-Civ-03074-HLH(Kx)

Western District of Michigan

Stuart R. Meyers v. Brooks Shoe, Inc., et al.,
C.A. No. G-88-407-CAI

District of Massachusetts

Stuart R. Meyers v. Hyde Athletic Industries, Inc.,
C.A. No. 88-1236-Z